STATE OF NEW JERSEY v. ROBERT HARDY.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY FLORA.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD JOHNSON.

March 17, 1980.

Petition for certification denied.